DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

UST-32B 3-03

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| | ) | |
| SEPE, GINA MARIE | ) | CASE NO. 09-05636-PHX-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, nor returned to the Trustee.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 104 | 1/22/10 | Deanna Flynn<br>20171 505th Street<br>Pearl, IL 62361 | $.12 |
| 106 | 1/22/10 | Lori Plett<br>Box 27 RR 1 GRP 2<br>Steinbach, MB | $.24 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $0.36 to the Clerk of Court to be deposited in the Registry thereof.

April 23, 2010                    _____/s/_____
DATE                              DIANE M. MANN, Trustee