UST-32, 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| SEPE, GINA MARIE | ) | CASE NO.  09-05636-PHX-RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and was returned to the Trustee marked "Returned for Better Address".

| DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 01/12/11 | LORI PLETT | $53.00 |
| CHK # 117 | BOX 27 RR 1 GRP 2 | |
| | STEINBACH MB | |
| | CANADA | |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $53.00 to the Clerk of Court to be deposited in the Registry thereof.

<u>January 12, 2011</u>            /s/ _____
         DATE                            DIANE M. MANN, Trustee